Jad Sheikali
Shook, Hardy & Bacon L.L.P.
111 South Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Brandon S. Gilligan (State Bar Number 340037)
Shook, Hardy & Bacon L.L.P
5 Park Plaza, Ste. 1600
Irvine, CA 92614
bgilligan@shb.com

*Pro Hac Vice Forthcoming*

*Attorneys for Defendant*
*UMZU, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER WIEDINMYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMZU, LLC,<br><br>Defendant. | Case No.: 1:25-cv-06640-RMI<br><br>**[PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

Upon consideration of the Stipulation to Extend Defendant's Deadline to Respond to Plaintiff's Complaint, and good cause appearing, the Court HEREBY ORDERS as follows:

1) Defendant's deadline to respond to Plaintiff's Complaint (ECF No. 1) is extended to January 12, 2026.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
Robert M. Illman
United States Magistrate Judge